AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

NOV 15 2015

Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>**Michael Keith Vasquez**<br>**United States Citizen**<br>**YOB: 1991**<br><br>*Defendant(s)* | Case No. M-15-1986-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 14, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possess with the intent to distribute a controlled substance/approximately 99 kilograms of marijuana, a schedule I controlled substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:
See "Attachment A"

☑ Continued on the attached sheet.

*Complainant's signature*

Derek Lacina Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/15/2015__

*Judge's signature*

City and state: __McAllen, TX__

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On November 14, 2015, Michael Keith VASQUEZ attempted to make entry into the United States (U.S.) from Mexico through the Anzalduas Port of Entry (POE) driving a Chevrolet pickup truck bearing Mexican license plate RG-57-453. During an inspection of the vehicle, Customs and Border Protection Officers (CBPOs) discovered approximately 99 kilograms of marijuana concealed in a non-factory made compartment under the bed of the pickup truck. A Homeland Security Investigation (HSI), Special Agent (SA) subsequently arrived at the Anzalduas POE to interview VASQUEZ. VASQUEZ voluntarily stated that he went with two of his friends into Mexico to visit his aunt and uncle. His friends subsequently returned to the U.S. and left him in Mexico. VASQUEZ stated that his uncle lent him his pickup truck to return to the U.S.

VASQUEZ changed his story and stated that on Thursday, November 12, 2015, he was contacted by an individual with the alias of "Mesa". "Mesa" requested that he pick up a truck in Mexico and drive it into the U.S. VASQUEZ stated the reason why "Mesa" was going to pay him to cross the vehicle was due to the fact that "Mesa" was illegally present in the U.S. and he could not cross the vehicle into the U.S. himself. "Mesa" was going to pay him $500 cross the vehicle and VASQUEZ stated that there was no legitimate reason why someone would pay you $500 to drive a vehicle from Mexico into the U.S. VASQUEZ stated that he had a feeling that drugs might be in the pickup truck. VASQUEZ further stated that he did not think that there would be cocaine concealed in the pickup truck but he would "lean" to believe that it would be marijuana.